MCH

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13-2086 BPG |
| ROBERT LEE FITZGERALD | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 16, 2012__ in the county of __Baltimore City__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 922 (g)(1) | Felon in Possession of Firearms and Ammunition |
| 21 U.S.C 841(a)(1) | Possession with Intent to Distribute Heroin |
| 21 U.S.C 841(a)(1) | Possession with Intent to Distribute Marijuana |

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

SEP 0 4 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Daniel M. Kerwin, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9-4-13

_____
Judge's signature

City and state: Baltimore, Maryland

Beth P. Gesner, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I. **AFFIANT AND EXPERTISE**

1. Your Affiant, Daniel M. Kerwin, after being duly sworn, states as follows:

2. Affiant is an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

3. Affiant has been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since February 19, 2008. As a Special Agent with ATF, Affiant is authorized pursuant to Title 18 U.S.C., Section 3051 to execute search warrants and enforce any of the criminal, seizure, or forfeiture provisions of the laws of the United States.

4. Affiant has successfully completed the basic Criminal Investigator Training Course at the Federal Law Enforcement Center and has completed the Special Agent Basic Training Course at the ATF National Academy, both located in Glynco, Georgia.

5. From August of 2008 through February of 2011, affiant was assigned to the Baltimore Field Division's High Intensity Drug Trafficking Area (HIDTA) Group where his assignments involved conducting criminal investigations into cases of illegal possession / transfer of firearms, firearms trafficking, violent crimes involving firearms and narcotics trafficking. Since March 2011, affiant has been assigned to the Baltimore Field Division's Violent Crime Impact Team (VCIT) and has been tasked to investigate violent offenders operating within the greater Baltimore, Maryland area engaging in unlawful gang activity, narcotics trafficking, weapons possession and violent crime associated therewith.

6. Prior to joining ATF, affiant served as a State Trooper with the Virginia State

1

Police from January of 2003 through February of 2008. During this time, in addition to his routine patrol duties, affiant initiated and participated in criminal investigations involving the unlawful narcotics possession and distribution, unlawful firearms possession and acquisition, fugitive apprehensions and the fraudulent use of and counterfeiting of government documents.

7. Affiant has a Bachelor of Arts Degree in Policy Studies from Syracuse University and a Juris Doctor Degree from Albany Law School.

8. Affiant has received formal training and specialized instruction on the enforcement of state and federal firearms and narcotics laws, clandestine laboratory enforcement, firearms and ammunition identification, narcotics and narcotics packaging material identification, characteristics of armed individuals, money laundering and financial investigations, arson and explosives investigations, covert surveillance and electronic surveillance.

9. Affiant has utilized the aforementioned instruction and experience in the performance of his duties by initiating, participating and coordinating numerous criminal investigations involving firearms and narcotics on both the state and federal levels. Additionally, affiant has been designated as an expert witness on numerous occasions pursuant to the Federal Rules of Evidence, Article VII, Rule 702, in the area of firearms interstate nexus and firearms identification in the United States District Court for the District of Maryland. Affiant has also been an affiant or co-affiant on multiple state and federal search warrants.

10. Affiant is familiar with the prices, methods and practices of individuals engaged in both lawful and unlawful firearms transactions. Affiant has both conducted and led numerous surveillance and enforcement operations involving unlawful firearms transactions. Affiant has been successful in utilizing undercover agents and confidential informants in procuring firearms

and ammunition in furtherance of criminal investigations.

## II. CASE BACKGROUND

11. During the month of October, 2012, Baltimore City Police Detectives received information from a confidential and reliable informant in reference to illegal handgun possession and CDS trafficking by an individual known to them as "Rob." According to the informant, "Rob" was using his residence at 3715 Mohawk Avenue, Baltimore City, Maryland to store quantities of cocaine base and marijuana, as well as handguns (firearms). Through further investigation, it was determined that "Rob" was Robert FITZGERALD, B/M, born in 1979. FITZGERALD is disqualified from possession firearms due to a previous felony conviction. Based on the investigation to date, your affiant believes there is probable cause to believe that the described target subject is in violation of (1) Title 18 U.S.C 922 (g)(1) – Felon in Possession of Firearms and Ammunition, and (2) Title 21 U.S.C 841(a)(1) – Possession with Intent to Distribute Heroin and Marijuana. Since this affidavit is being submitted for the limited purpose of probable cause it is not intended to include each and every fact known to your affiant or to the Government. I have set forth only those facts necessary to support probable cause and conversely have not excluded any facts known which would defeat such a determination.

## III. TARGET SUBJECT

12. **Robert FITZGERALD** aka **"Rob"** is believed to be a wholesale supplier of cocaine base to local street distributors in the area of Northwest Baltimore. **FITZGERALD** has two prior convictions for drug trafficking and one conviction for Assault in the 2nd Degree, all are crimes punishable by imprisonment of a term exceeding one year.

## IV. PROBABLE CAUSE

13. On October 16, 2012, based upon an investigation by Officers of the BPD, a state

search warrant was obtained for 3715 Mohawk Avenue, Baltimore, Maryland.

14. On October 16, 2012, Officers of the BPD executed the search warrant on 3715 Mohawk Avenue. After making a forced entry, Officers located Robert FITZGERALD on the stairwell and a female in the main bedroom. FITZGERALD and the female were brought into the living room and read their *Miranda* warnings by a BPD officer. Both replied "Yes" when asked if they understood their rights. FITZGERALD was asked if there was anything dangerous or illegal in the residence and he replied that "I got a 22 pistol and some weed and dope upstairs in the drawer."

15. A search of FITZGERALD's person yielded the recovery of a plastic ziplock bag with an apple logo containing four (4) green zip lock bags containing a powder substance, suspected heroin.

16. A further search of the residence yielded the recovery of (1) various packaging material (new and empty zip lock bags), (2) a digiweigh black digital scale, (3) a blue royal cookie tin containing forty green zip lock bags of a tan powder, suspected heroin, (4) a clear plastic bag containing thirty-six orange zip lock bags containing green plant material, suspected marijuana, (5) an H & R, Model 732, .32 caliber revolver, silver in color, bearing serial number AU018084 loaded with five rounds of ammunition, (6) a RTS, Model 1966, .22 revolver, black in color, bearing serial number 97169 (converted starter pistol) and (7) a box of Magtech ammunition with .32 caliber rounds, (8) 1,284.00 in U.S currency, (9) a black plate with tan powder residue, suspected heroin, (10 a razor blade with tan residue, suspected heroin, (11) a packet of instant Quaker oatmeal (commonly used to cut heroin), (12) a drinking straw with tan residue, and (13) a food saver clear plastic bag with green plant substance, suspected marijuana.

Items 1 through 8 were recovered in the main bedroom, items 9 through 12 were recovered in the living room and item 13 was recovered in the basement.

17. Following the recovery of the evidence, FITZGERALD and the woman were transported to the Northwest Police District for debriefing. While at the debriefing, FITZGERALD stated "I made my own bed, now I have to lie in it."

18. On November 8, 2012 the Baltimore City Police Laboratory examined the above suspected drugs and returned a positive test for the presence of heroin, a schedule I controlled dangerous substance and a positive test for the presence of marijuana, a schedule I controlled dangerous substance.

19. Special Agent Kerwin reviewed a description of the firearms and ammunition associated with this case and has determined that none of the items were manufactured in the State of Maryland. Preliminary examination indicates that the suspected firearms were able to expel a projectile by the action of an explosive and the seized ammunition met the definition as describe in 18 U.S.C 921.

20. Your Affiant has signed this document under oath and further states that its contents are true and correct to the best of his knowledge. I am familiar with all aspects of this investigation and all information detailed herein is based upon your affiant's personal knowledge, as well as information communicated to him by others during the course of this investigation. WHEREFORE, I make this Affidavit in support of the criminal complaint.

So sworn,

13-2086 BPG

*(signature)*
Special Agent Daniel M. Kerwin
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed before me this  4TH  day of September, 2013.

*(signature)*
Beth P. Gesner
United States Magistrate Judge